UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DORA DENISE BROWN | : CASE NUMBER A18-57501-JWC |
| DEBTOR | : |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on August 14, 2018:**

As to whether Debtor provided proof of income

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee withdraws her Objections to Confirmation

*Please enter an Order of Confirmation.*

This the 10th day of September, 2018.

              ___/s/_____
              Julie M. Anania,
              Attorney for Chapter 13 Trustee
              GA Bar Number 477064
              303 Peachtree Center Ave., NE
              Suite 120
              Atlanta, GA  30303
/ds          (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A18-57501-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DORA DENISE BROWN
PO BOX 1245
CLARKSTON, GA  30021

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 10th day of September, 2018.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201